■ RJW ENTERPRISES, INC., a Division of PRIMALYN ENTERPRISES, INC., Respondent, v P.J. SIMAO et al., Appellants, et al., Defendants. [51 NYS3d 920]—Appeals from an order of the Supreme Court, Monroe County (Matthew A. Rosenbaum, J.), entered February 12, 2015. The order, among other things, granted plaintiff's motion for summary judgment.

Now, upon the stipulation of discontinuance signed by the attorneys for the parties, and filed in the Monroe County Clerk's Office on April 26, 2017,

It is hereby ordered that said appeals are unanimously dismissed without costs upon stipulation. Present—Centra, J.P., Carni, Lindley, Curran and Scudder, JJ.